# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-7172**　　　　　　　　　　　　　　September Term, 2023

1:17-cv-01182-UNA

Filed On: July 24, 2024

U.S. Bank National Association, As Trustee for Structured Asset Investment Loan Trust, Mortgage pass through Certificates, Series 2006-BNC1,

　　　　Appellee

　　v.

Burt E. Chapman, et al.,

　　　　Appellees

Lamar C. Chapman, III,

　　　　Appellant

**BEFORE:**　Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　Deputy Clerk